FILED
CLERK, U.S. DISTRICT COURT
JAN - 3 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL SYKES<br><br>Plaintiff,<br><br>v.<br><br>PENSKE LOGISTICS LLC, a limited liability company; PENSKE TRUCK LEASING CORPORATION, a corporate entity; PENSKE TRUCK LEASING CO., L.P., a limited partnership; RENE BRIONES, as an individual; and DOES 1 to 50, Inclusive,<br><br>Defendant. | Case No. 5:18-cv-02067 SVW(KKx)<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE<br><br>Complaint Filed: August 17, 2018<br>Removed: September 26, 2018<br>Trial Date: April 2, 2019<br>Judge: Hon. Stephen V. Wilson |

[Proposed] Order- word

Pursuant to the stipulation between the parties, and for good cause appearing, the Court ORDERS that all claims for relief in the above-captioned action brought by Plaintiff Darryl Sykes are hereby dismissed in their entirety and with prejudice. Each party is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: Jan 3, 2019

Hon. Stephen V. Wilson
United States District Judge

36866738.1

[Proposed] Order-word

1   Case No. 5:18-cv-02067 SVW(KKx)
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE